DALE R. BRODEUR, SR., Appellant, et al., Plaintiffs, v JAMES HAYES et al., Respondents.

Submitted September 19, 2005; decided November 21, 2005

Motion, insofar as it seeks leave to appeal from so much of the Appellate Division order as affirmed Supreme Court's denial

---

of appellant's motion to dismiss the counterclaim, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.